# Court of Appeals
# of the State of Georgia

ATLANTA,  September 03, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0030. OLORUNTOBI JOHN v. JASMINE JOHN.

On May 21, 2025, the superior court entered a final judgment and decree of divorce dissolving the marriage of Oloruntobi John and Jasmine John. Oloruntobi John filed a notice of appeal from the divorce decree, but we dismissed that appeal for failure to file a discretionary application. See Case No. A26A0078 (Aug. 15, 2025). He filed the instant application for discretionary review on August 4, 2025. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because John filed his application 75 days after entry of the trial court's order, it is untimely. We thus lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/03/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*